No. 04–679. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA v. KENNEDY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–775. BLAINE COUNTY, MONTANA, ET AL. v. UNITED STATES. C. A. 9th Cir. Motion of petitioners to strike brief of private respondents Joseph F. McConnell et al. granted. Certiorari denied.

No. 04–808. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS v. HALL. Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–831. ILLINOIS CENTRAL RAILROAD CO. ET AL. v. SMALLWOOD. C. A. 5th Cir. Motions of Chamber of Commerce of the United States of America et al., Association of American Railroads, American Security Insurance Company, and Bryan D. Collins et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 04–847. CALIFORNIA v. HANKS. Ct. App. Cal., 5th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–913. ILLINOIS v. GILBERT. App. Ct. Ill., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–1058. MIKULSKI ET AL. v. CENTERIOR ENERGY CORP. ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 04–8719. CHUNG v. BANK OF AMERICA. Ct. App. Cal., 2d App. Dist. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–517. CHRISTOPHER VILLAGE, L. P., ET AL. v. UNITED STATES, 543 U. S. 1146;

No. 04–570. MARTIN v. BOYD GAMING CORP., DBA M/V TREASURE CHEST CASINO, ET AL., 543 U. S. 1187;

No. 04–697.  HUDSON v. AMERICAN ARBITRATION ASSN., INC., ET AL., 543 U. S. 1147;

No. 04–796.  MORALES v. KEYSTONE DEVELOPMENT CO., LLC, ET AL., 543 U. S. 1149;

No. 04–824.  SOUTHEASTERN RUBBER RECYCLING, A DIVISION OF SUNRISE GARDEN MART, INC., ET AL. v. ALABAMA DEPARTMENT OF PUBLIC HEALTH ET AL., 543 U. S. 1150;

No. 04–826.  NSEK v. CIRCLE K STORES ET AL., 543 U. S. 1151;

No. 04–862.  BROWN ET VIR v. PREMIERE DESIGNS, INC., 543 U. S. 1152;

No. 04–959.  HARBUCK v. UNITED STATES, 543 U. S. 1153;

No. 04–1023.  IN RE ADAM, 543 U. S. 1144;

No. 04–5378.  WELLS v. JOHNSON, JUDGE, JUVENILE COURT OF LOUISIANA, EAST BATON ROUGE PARISH, 543 U. S. 896;

No. 04–6550.  RICHARDSON v. EAGLETON, WARDEN, ET AL., 543 U. S. 1008;

No. 04–6936.  HUMPHREY v. NEW YORK, 543 U. S. 1063;

No. 04–7050.  HART v. MULTNOMAH COUNTY, OREGON, ET AL., 543 U. S. 1065;

No. 04–7051.  HART v. UNITED STATES ET AL., 543 U. S. 1065;

No. 04–7056.  MURESAN v. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, 543 U. S. 1155;

No. 04–7194.  RICHARDSON v. SAFEWAY, INC., 543 U. S. 1070;

No. 04–7239.  WILMS v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY, 543 U. S. 1092;

No. 04–7377.  MILLER v. VANNATTA, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY, 543 U. S. 1126;

No. 04–7480.  POTTS v. BAGLEY, WARDEN, 543 U. S. 1157;

No. 04–7503.  YOUNG v. VASBINDER, WARDEN, 543 U. S. 1157;

No. 04–7516.  DE MELO v. DEPARTMENT OF VETERANS AFFAIRS, 543 U. S. 1127;

No. 04–7531.  MURDOCK v. AMERICAN AXLE & MANUFACTURING, INC., 543 U. S. 1158;

No. 04–7563.  MILLER v. GEORGIA, 543 U. S. 1159;

No. 04–7605.  VON BRESSENSDORF ET VIR v. UNITED STATES, 543 U. S. 1080;

No. 04–7657.  BAYOUD v. BAYOUD ET AL., 543 U. S. 1162;

No. 04–7665.  RAMOS v. UNITED STATES, 543 U. S. 1094;

No. 04–7690.  ESQUIVEL-CABRERA v. UNITED STATES, 543 U. S. 1095;

No. 04–7695.  OWEN v. MITCHEM, WARDEN, ET AL., 543 U. S. 1163;

No. 04–7711.  REEVES v. MORTON, WARDEN, 543 U. S. 1164;

No. 04–7726.  PIZIO v. NEW JERSEY, 543 U. S. 1164;

No. 04–7727.  FADEAL v. S & S STRAND, 543 U. S. 1164;

No. 04–7748.  ROBERSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, 543 U. S. 1165;

No. 04–7752.  RATCLIFF v. INDYMAC BANK, F. S. B., 543 U. S. 1165;

No. 04–7986.  GORE v. UNITED STATES, 543 U. S. 1181;

No. 04–8044.  CRUZ v. UNITED STATES, 543 U. S. 1172;

No. 04–8061.  COLEMAN-BEY v. UNITED STATES, 543 U. S. 1172;

No. 04–8070.  MOORE v. EXXON MOBIL CORP., FKA MOBIL OIL CORP., 543 U. S. 1172;

No. 04–8077.  BROWN v. ILLINOIS LABOR RELATIONS BOARD PANEL ET AL., 543 U. S. 1172;

No. 04–8110.  HASSON, AKA GALERA v. UNITED STATES, 543 U. S. 1173;

No. 04–8350.  VIGIL v. UNITED STATES, ante, p. 911;

No. 04–8375.  VENTRICE v. UNITED STATES, 543 U. S. 1192; and

No. 04–8387.  CLAY v. UNITED STATES, 543 U. S. 1192.  Petitions for rehearing denied.

No. 96–6839.  ALMENDAREZ-TORRES v. UNITED STATES, 523 U. S. 224 and 530 U. S. 1299.  Motion for leave to file second petition for rehearing denied.

No. 04–6911.  BURNS v. UNITED STATES, 543 U. S. 1011.  Motion for leave to file petition for rehearing denied.

## APRIL 20, 2005

No. 04–9632 (04A876).  BENEFIEL v. DAVIS, WARDEN.  C. A. 7th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.  Certiorari denied.

## APRIL 25, 2005

No. 04–1263.  BOYD v. UNITED STATES.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further